IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00440-MSK-MJW

RONALD BUSH,

Plaintiff(s),

v.

DENVER PUBLIC SCHOOLS, SCHOL DISTRICT NUMBER 1,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 36) is GRANTED. The written Protective Order is APPROVED as amended in paragraph 8 and made an Order of Court.

Date:   December 6, 2005